

ORIGINAL

FILED

01/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0005

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0005

———————————

| | |
|---|---|
| IN RE MOTION OF TREVOR S. FRY, FOR ADMISSION TO THE BAR OF THE STATE OF MONTANA | O R D E R |

———————————

Trevor S. Fry has moved for admission to the Bar of the State of Montana pursuant to Rule V of the Rules for Admission, Admission on Motion. Fry also requests leave to be sworn in by the Honorable Warren D. Willett of the 35th Judicial District Court in Grant Parish, Louisiana. The Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Fry has provided the necessary documentation and has satisfied the requirements prerequisite to admission on motion under Rule V. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Trevor S. Fry may be sworn in to the practice of law in the State of Montana by the Honorable Warren D. Willett of the 35th Judicial District Court in Grant Parish, Louisiana.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 23rd day of January, 2024.

_____
Chief Justice

_____

FILED

JAN 2 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____

_____
Justices

2